**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 22 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSEPH ANORUO, <br><br>       Appellant, <br><br> v. <br><br> WILMINGTON SAVINGS FUND SOCIETY, FSB; BARRET DAFFIN FRAPPIER; UNITED STATES TRUSTEE, <br><br>       Appellees. | No. 24-956 <br><br> D.C. No. 2:23-cv-01940-RFB <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Nevada
Richard F. Boulware, II, District Judge, Presiding

Submitted July 15, 2025[**]

Before:    SILVERMAN, TALLMAN, and BUMATAY, Circuit Judges.

Chapter 7 debtor Joseph Anoruo appeals pro se from the district court's

order dismissing as duplicative his appeal from the bankruptcy court's order

dismissing his adversary proceeding. We have jurisdiction under 28 U.S.C.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

§ 158(d)(1). We review for an abuse of discretion. *Adams v. Cal. Dep't of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007), *abrogated in part on other grounds by Taylor v. Sturgell*, 553 U.S. 880 (2008). We affirm.

The district court did not abuse its discretion in dismissing Anoruo's appeal as duplicative. *See Anoruo v. Wilmington Sav. Fund Soc'y, FSB*, No. 23-cv-00937 (D. Nev. Nov. 16, 2023); *see also Adams*, 487 F.3d at 688-89 (setting forth test for determining whether an action is duplicative).

Anoruo's allegations of bias and collusion by the bankruptcy court are unsupported by the record.

We do not consider matters not specifically and distinctly raised and argued in the opening brief. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**